```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM R. WILKINSON, JR.    :    CIVIL ACTION
(HZ-4712)

     VS.                     :

PENNSYLVANIA DEPARTMENT      :    NO. 10-CV-5711
OF CORRECTIONS, et al.
```

ORDER

AND NOW, this   18th   day of   October  , 2011 upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate and the Petitioner's motion in objection to the Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is DENIED and DISMISSED without prejudice for failure to exhaust State Court remedies.

3. There is no probable cause to issue a certificate of appealability.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.